IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRETT L. ELIASON; VERONIQUE ELIASON; KYLIE M. ELIASON; and BRITTNIE L. ELIASON,<br><br>Plaintiffs,<br><br>v.<br><br>KIRTON MCCONKIE, P.C.; CRAIG MCCULLOUGH; MARK ELIASON; LAURIE ELIASON; BRYAN STEPHENS; ELIASON ENTERPRISES; ELIASON EIGHT LLC; and LISA STEPHENS,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**<br><br>Case No. 2:24-cv-00115-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

On August 12, 2024, United States Magistrate Judge Dustin B. Pead issued a Report & Recommendation (R&R) recommending that the court dismiss without prejudice this action for failure to serve the Defendants. (ECF No. 41.) The parties were given fourteen days to file objections to the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R for clear error and finds that it is correct in all material respects. See Fed. R. Civ. P. 72 Advisory Comm. Notes 1983 Addition Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the court adopts the R&R (ECF No. 41) in its entirety.

1

**ORDER**

The court hereby ORDERS that the action is DISMISSED without prejudice for failure to prosecute.

DATED this 27th day of August, 2024.

BY THE COURT:

Tena Campbell
United States District Judge